FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0550

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOSHUA ALLEN BALDWIN,

      Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 19, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024